FILED

06/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0138

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 23-0138

_____

| | |
|---|---|
| IN RE THE MARRIAGE OF ) | |
| ) | |
| JACQUILINE STEINMANN, ) | |
| ) | |
| Petitioner/Appellee, ) | |
| ) | **ORDER FOR** |
| ) | **EXTENSION** |
| -and- ) | |
| ) | |
| BRETT STEINMANN, ) | |
| ) | |
| Respondent/Appellant. ) | |

UPON review of the *Unopposed Motion for Extension of Time to File Opening Brief* by counsel for the Respondent/Appellant herein and good cause appearing therefor,

IT IS HEREBY ORDERED that the time to file Appellant's Opening Brief is extended to the 20th day of July, 2023.

**ELECTRONICALLY SIGNED AND DATED BELOW**

cc:   Karl Knuchel
      Christopher Gillette

Electronically signed by: 1
Mike McGrath
Chief Justice, Montana Supreme Court
June 20 2023